D1=

Respectfully Referred to
Judge Pollak!

So ordered.
[signature] USDJ
7/26/06
cc: Counsel
Judge Pollak

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIRST NATIONAL BANK OF ARIZONA, a national banking association,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL LENDING CORPORATION, a New Jersey corporation, NLC OF NEW YORK, INC., a New York corporation, SUZANNE DRYSDALE, an Individual,<br><br>Defendants. | CASE NO.: 06 2768 Ross, J. Pollak M.J.<br><br>STIPULATION RE EXTENSION OF TIME TO RESPOND TO COMPLAINT |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties Plaintiff First National Bank of Arizona ("FNBA") by and through its attorneys and Defendant Suzanne Drysdale, In pro per. ("Defendant Drysdale") that the time within which Defendant must answer, move or otherwise respond within respect to the Complaint herein is extended to and including August 8, 2006.

Dated: Brooklyn, New York

SUZANNE DRYSDALE

[signature]

Suzanne Drysdale
In Pro Per
1817 Flatbush Ave
Brooklyn, NY 11210-4838
Phone: (718) 951-6804

LANAHAN & REILLEY LLP
Attorneys for Plaintiff
First National Bank of Arizona

[signature]

Michael J.M. Brook
(California State Bar No. 139595)
600 Bicentennial Way, Suite 300
Santa Rosa, CA 95403
Phone: (707) 524-4200

1

Law Offices of Vincent Amato
Vincent Amato
One Blue Hill Plaza
P.O. Box 1537
Pearl River, NY 10965
Phone: (845) 735-0900