UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
FIRST NATIONAL BANK OF ARIZONA,

        Plaintiff,

-against-

NATIONAL LENDING CORPORATION, et al.,

        Defendants.
------------------------------------------------------------ X

06-CV-2768 (ARR)(CLP)

NOT FOR
PRINT OR ELECTRONIC
PUBLICATION

ORDER

ROSS, United States District Judge:

 The court has received the Report and Recommendation on the instant case dated March 14, 2011 from the Honorable Cheryl L. Pollak, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Edwards v. Town of Huntington, No. 05 Civ. 339 (NGG) (AKT), 2007 U.S. Dist. LEXIS 50074, at *6 (E.D.N.Y. July 11, 2007); McKoy v. Henderson, No. 05 Civ. 1535 (DAB), 2007 U.S. Dist. LEXIS 15673, at *1 (S.D.N.Y. March 5, 2007). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the court pursuant to 28 U.S.C. § 636(b)(1).

 Therefore, the court grants plaintiff's motion for a default judgment against Suzanne Drysdale in the principal amount of $509,965.69, plus interest at the rate of 9% per annum for the period from August 17, 2010 to the date judgment is entered. The Clerk of Court is directed

to send copies of this order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

SO ORDERED.

/s/(ARR)

Allyne R. Ross
United States District Judge

Dated: March 31, 2011
Brooklyn, New York